# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Cheniqua Latrice Morton                                    Docket No. 7:07-MJ-1144-1

## Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cheniqua Latrice Morton, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on December 9, 2010, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay a $250 fine and a $25 special assessment.

On February 18, 2011, the court approved a Petition for Action on Probation modifying the conditions of supervision to include drug aftercare as the result of a positive drug test for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 23, 2011, Morton was placed in the Surprise Urinalysis Program (SUP) and referred for a substance abuse assessment at Palm Wellness Center in Jacksonville, North Carolina. On March 24, 2011, Palm Wellness Center completed the assessment with a recommendation for the defendant to attend group substance abuse treatment. Due to Morton's on the job training for a shift manager's position at Checker's Restaurant, the probation officer agreed for the defendant to begin treatment on April 21, 2011.

On April 19, 2011, the defendant tested positive for cocaine and the results were confirmed by the laboratory on April 26, 2011. The defendant was instructed to enroll in group treatment immediately, but to date has failed to do so. Additionally, Morton failed to report for drug testing on six occasions. Recent attempts by the probation officer to schedule an office appointment have been unsuccessful. However, after an attempt to see Morton at her residence, her mother contacted the probation officer on August 23, 2011, and reported Morton has been experiencing medical issues with her pregnancy. On August 25, 2011, Morton reported to the office to discuss her violations. It is noted she tested negative for controlled substances during this office appointment. According to Morton, she has been ordered on bed rest during her pregnancy.

As a sanction for the violations noted above, the probation officer respectfully recommends the conditions of supervision be modified to include a 30-day term of home detention with electronic monitoring. This recommendation will afford Morton one last opportunity to comply with the terms of supervision ordered by the court. Once medically released from bed rest, the probation office will monitor Morton's compliance with substance abuse treatment and drug testing.

Cheniqua Latrice Morton
Docket No. 7:07-MJ-1144-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ C. Lee Meeks, Jr. |
| Kevin L. Connolley | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: September 1, 2011 |

### ORDER OF COURT

Considered and ordered this 1st day of September, 2011, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge