# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Cheniqua Latrice Morton                      Docket No. 7:07-MJ-1144-1

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cheniqua Latrice Morton, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on December 9, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.   The defendant shall pay a $250 fine and a $25 special assessment.

On February 18, 2011, the court approved a Petition for Action on Probation modifying the conditions of supervision to include drug aftercare as the result of a positive drug test.

On September 1, 2011, the court approved a Petition for Action on Probation modifying the conditions of supervision to include 30 days home detention with electronic monitoring as the result of a positive drug test, failing to report for drug testing, and failing to attend drug treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The court ordered the defendant to pay a $250 fine and a $25 special assessment. To date, the defendant has paid $50. However, the probation officer has confirmed with the Special Assistant U.S. Attorney's Office at Camp Lejeune, North Carolina, the Internal Revenue Service garnished $513.74 from Morton's tax refund this year. The victim in the instant offense, MCCS, received $200 for administrative costs and $278.74 for the stolen liquor. In that the defendant is experiencing financial difficulties and medical complications with her pregnancy, the probation officer recommends the remaining court indebtedness of $225 be stricken.

Additionally, Morton has not enrolled in substance abuse treatment with the probation office vendor. However, according to North Carolina State Probation Officer Becky Morton, the defendant was attending substance abuse treatment and GED classes until she began experiencing medical issues with her pregnancy. Officer Morton reported they will continue to monitor the defendant's substance abuse status, and will refer her for additional treatment should she test positive in the future. Morton's term of state probation is scheduled to terminate in September 2012.

Cheniqua Latrice Morton
Docket No. 7:07-MJ-1144-1
Petition For Action
Page 2


In addition to the above-noted violations, the probation officer recently learned that on October 22, 2011, Morton was charged with Impede Traffic Sit/Stand/Lie and Fail to Notify DMV Address Change in Onslow County, North Carolina. These charges remain pending. In that these charges are minor traffic offenses, it is recommended the matters be resolved by the state court system. In consideration of the offenses charged and the ends of justice, no action in this court is recommended.

Morton's case is due to expire December 8, 2011. The probation officer recommends the remaining court indebtedness be stricken in consideration of aforementioned circumstances, and the probation case be allowed to terminate as scheduled. Morton will continue to be monitored by state probation, and will resume substance abuse treatment after the birth of her child.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The remaining fine balance of $225 is stricken.

2. Absent of any further violations, the defendant's case shall terminate on December 8, 2011.

3. The pending traffic charges in Onslow County are to be disposed in state court, with no action taken by this court.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ C. Lee Meeks, Jr. |
| Kevin L. Connolley | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: November 23, 2011 |

Cheniqua Latrice Morton
Docket No. 7:07-MJ-1144-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 28th day of November, 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge